B186

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21·216 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 922(g)(1) and 924(e)) |
| | ) | |
| ORONDE SHELTON | ) | |

### INDICTMENT

### COUNT ONE

FILED

MAY 19 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about March 17, 2021, in the Western District of Pennsylvania, the defendant, ORONDE SHELTON, knowing he had previously been convicted of the following crimes, each of which is punishable by imprisonment for a term exceeding one year, that is:

1. Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of a Mixture and Substance Containing a Detectable Amount of Heroin, on or about November 3, 2010, in the United States District Court for the Western District of Pennsylvania, at Criminal Number 09-232;

2. Homicide by Vehicle while Driving Under the Influence, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 1 of Criminal Number 2004-0008973;

3. Homicide by Vehicle, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 2 of Criminal Number 2004-0008973;

4. Involuntary Manslaughter, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 3 of Criminal

Number 2004-0008973;

5. Aggravated Assault by Vehicle while Driving Under the Influence, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 2 of Criminal Number 2004-0012612;

6. Forgery, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 3 of Criminal Number 2004-0012612;

7. Accident Involving Death or Personal Injury, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 4 of Criminal Number 2004-0012612;

8. Driving Under the Influence – Second Offense, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 6 of Criminal Number 2004-0012612;

9. Firearm not to be Carried Without a License, on or about February 29, 2000, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Criminal Number 1999-0006194;

10. Escape, on or about March 10, 1997, in the Court of Common Pleas of Westmoreland County, Pennsylvania, at Criminal Number 1997-406;

11. Recklessly Endangering Another Person, on or about November 30, 1992, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Criminal Number 1991-12829;

12. Possession of a Controlled Substance with Intent to Deliver, on or about November 30, 1992, in the Court of Common Pleas of Allegheny County,

Pennsylvania, at Criminal Number 1991-09945;

13. Possession of a Controlled Substance with Intent to Deliver, on or about November 30, 1992, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Criminal Number 1991-04710,

did knowingly possess, in and affecting interstate commerce, ammunition, namely Federal 9mm Luger caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## **FORFEITURE ALLEGATION**

1.     The Grand Jury re-alleges and incorporates by reference the allegation contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.     As part of the commission of the violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of this Indictment, the defendant, ORONDE SHELTON, did use and intend to use the ammunition listed in that Count in any manner to commit and to facilitate the commission of said violation, thereby subjecting said property to forfeiture pursuant to Title 18, United States Code, Section 924(d).

A True Bill,

Foreperson

STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108

4