IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-216 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 922(g)(1), 922(o), and |
| | ) | 924(e)) |
| | ) | |
| ORONDE SHELTON | ) | |

**FILED OCT 11 2022 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA**

## SUPERSEDING INDICTMENT

### COUNT ONE

The grand jury charges:

On or about March 17, 2021, in the Western District of Pennsylvania, the defendant, ORONDE SHELTON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

1. Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of a Mixture and Substance Containing a Detectable Amount of Heroin, on or about November 3, 2010, in the United States District Court for the Western District of Pennsylvania, at Criminal Number 09-232;

2. Homicide by Vehicle while Driving Under the Influence, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 1 of Criminal Number 2004-0008973;

3. Homicide by Vehicle, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 2 of Criminal Number 2004-0008973;

4. Involuntary Manslaughter, on or about January 18, 2005, in the Court of

Common Pleas of Allegheny County, Pennsylvania, at Count 3 of Criminal Number 2004-0008973;

5. Aggravated Assault by Vehicle while Driving Under the Influence, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 2 of Criminal Number 2004-0012612;

6. Forgery, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 3 of Criminal Number 2004-0012612;

7. Accident Involving Death or Personal Injury, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 4 of Criminal Number 2004-0012612;

8. Driving Under the Influence – Second Offense, on or about January 18, 2005, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Count 6 of Criminal Number 2004-0012612;

9. Firearm not to be Carried Without a License, on or about February 29, 2000, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Criminal Number 1999-0006194;

10. Escape, on or about March 10, 1997, in the Court of Common Pleas of Westmoreland County, Pennsylvania, at Criminal Number 1997-406;

11. Recklessly Endangering Another Person, on or about November 30, 1992, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Criminal Number 1991-12829;

12. Possession of a Controlled Substance with Intent to Deliver, on or about

November 30, 1992, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Criminal Number 1991-09945;

13. Possession of a Controlled Substance with Intent to Deliver, on or about November 30, 1992, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Criminal Number 1991-04710,

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, to wit:

a. Federal 9mm Luger caliber ammunition;

b. Glock, model 17, 9mm pistol bearing serial number BEF857US and a machine gun conversion device.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT TWO

The grand jury further charges:

From in and around March 2021 through in and around April 2021, in the Western District of Pennsylvania, the defendant, ORONDE SHELTON, did knowingly possess a machinegun, that is: a Glock, model 17, 9mm pistol bearing serial number BEF857US and a machine gun conversion device.

In violation of Title 18, United States Code, Section 922(o).

## NOTICE OF SPECIAL FINDINGS

The grand jury further finds:

As to Count One of this Superseding Indictment, defendant ORONDE SHELTON was convicted of the following serious drug offenses (as defined in 18 U.S.C. § 924(e)(2)(A)), that were committed on occasions different from one another:

1. Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of a Mixture and Substance Containing a Detectable Amount of Heroin, on or about November 3, 2010, in the United States District Court for the Western District of Pennsylvania, at Criminal Number 09-232;

2. Possession of a Controlled Substance with Intent to Deliver, on or about November 30, 1992, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Criminal Number 1991-09945;

3. Possession of a Controlled Substance with Intent to Deliver, on or about November 30, 1992, in the Court of Common Pleas of Allegheny County, Pennsylvania, at Criminal Number 1991-04710.

## FORFEITURE ALLEGATION

The United States hereby gives notice to the defendant charged in Counts One and Two that, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of these offenses to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offenses, including, but not limited to: a Glock, model 17, 9mm pistol bearing serial number BEF857US and a machine gun conversion device, and Federal 9mm Luger caliber ammunition.

A True Bill

_____
Foreperson

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

_____
BARBARA K. DOOLITTLE
Assistant U.S. Attorney
PA ID No. 204338