IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-216 |
| ORONDE SHELTON | |

<u>MOTION TO DISMISS INDICTMENT</u>

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Barbara K. Doolittle, Assistant United States Attorney for said District, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order dismissing the Indictment in the above-captioned case.  In further support of this Motion, the United States avers as follows:

1. On May 19, 2021, an indictment was filed in the above-captioned case in which the defendant, ORONDE SHELTON, was charged with violating 18 U.S.C. §§ 922(g)(1) and 924(e).

2. On October 11, 2022, a superseding indictment was filed in the above-captioned case (Doc. No. 97) adding a second count which additionally charged the defendant with violating 18 U.S.C. § 922(o).

3. ORONDE SHELTON entered a guilty plea to the two counts contained in the Superseding Indictment on February 16, 2023.  He was sentenced to a term of imprisonment of 120 months, followed by three years of supervised release, on February 13, 2024.

4. In light of the defendant's conviction and judgment on the Superseding Indictment in the instant case, the underlying Indictment (Doc. No. 21) should be dismissed.

WHEREFORE, the United States of America respectfully requests that the Court issue an Order dismissing the Indictment at Doc. No. 21 in this case.

A Proposed Order is attached.

        Respectfully submitted,

        ERIC G. OLSHAN
        United States Attorney

        *s/ Barbara K. Doolittle*
        BARBARA K. DOOLITTLE
        Assistant U.S. Attorney
        PA ID No. 204338